Christopher Gitre
7755 Coley Ave
Las Vegas, NV 89117
8583677049 (it's okay to call me)
chris.gitre@gmail.com
Pro Se Defendant

FILED

OCT 17 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

## UNITED STATES FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing,
PLAINTIFF

vs.

Christopher Gitre,
Relief Consultants, LLC
DEFENDANT

Case No.: 3:24-cv-1213-AGS-DDL

OPPOSITION TO MOTION FOR DEFAULT
JUDGEMENT

### Introduction

I, Christopher Gitre, the pro se defendant in this case, respectfully oppose Plaintiff Anton Ewing's motion for default judgment filed on September 27, 2024. This opposition is based on the grounds that the Plaintiff did not properly serve me at my correct address, despite my repeated communications with him, and therefore the default judgment is improper.

### Statement of Facts

1. Plaintiff Anton Ewing has now sued me twice. In the first lawsuit, Plaintiff served me at 3525 Del Mar Hts Rd #1880, San Diego, CA 92130, a UPS store mailbox used by my former California operations. At that time, I informed Plaintiff that I no longer live or operate my business in California. I made it clear that my company no longer has any operational footprint in California, and that the mailbox at the UPS store is merely a redundant address meant to collect any remaining mail from clients or departments that might still have our old address on file.

OPPOSITION TO MOTION FOR DEFAULT JUDGEMENT - 1

2.  I also specifically informed Plaintiff that this mailbox is checked only sparingly—about once per quarter—when I travel to San Diego from Nevada. Despite this, Plaintiff served the complaint at this outdated address, knowing it would not reach me in a timely manner.

3.  I instructed Plaintiff that all future communications, including service of process, should be directed to my actual residence at 7755 Coley Ave, Las Vegas, NV 89117, where I have lived for the past two years and operated Relief Consultants, LLC from.

4.  In this second lawsuit, Plaintiff again served the complaint at the 3525 Del Mar Hts Rd 1880 UPS store address, despite knowing that I no longer operate in California. On July 17th, 2024 plaintiff emailed me that I was being sued again. In this turn, I fully expected to be served at the proper address. However, no service came to my home. I was not aware of the lawsuit's actual filing until Anton informed me via email about the lawsuit in September. At this point I arranged for managers of the UPS store to forward me any outstanding mail. At this point I became aware of the lawsuit.

5.  On page 4 and 5 of the Motion for Default Judgement, the pleading states the Defendant was served at his home. This was not the case, the service occurred at a UPS store a shopping plaza in Del Mar. There was no service at my home. Service at my home would have occurred at 7755 Coley Ave Las Vegas, NV 89117. The records show that the only service occurred at the redundant Del Mar Hts mailbox location. No services have occurred at any homes, any former homes of mine, or homes of any others. There are no records indicating my home is anywhere in California, naturally, as I live in Nevada.

6.  Upon discovering the lawsuit, I immediately acted. On September 24, 2024, I reiterated again to Plaintiff via email (Exhibit A) that 7755 Coley Ave, Las Vegas, NV 89117, is my correct address and that service would need to occur here to be proper.

OPPOSITION TO MOTION FOR DEFAULT JUDGEMENT - 2

7.   Despite my clear communication to Plaintiff, he proceeded to file a motion for default judgment just three days later, on September 27, 2024, without any further attempt to serve me at my correct residence.

**Argument**

### I. Improper Service

Federal Rule of Civil Procedure 4(e) governs service of process, and it requires personal service at the defendant's residence or an appropriate alternative location. Plaintiff did not serve me at my home. Instead, Plaintiff served a UPS store mailbox at 3525 Del Mar Hts Rd, which is not, and has never been, my residence.

Plaintiff was fully aware that I no longer reside or conduct business in California, as I had already informed him during the first lawsuit and reiterated on September 24, 2024. I specifically told Plaintiff that the mailbox at the UPS store is only checked once per quarter, when I travel from Nevada to San Diego. Plaintiff's decision to serve this address despite knowing it was not regularly monitored indicates an intentional effort to evade proper service and ensure I would not receive timely notice of the lawsuit.

Plaintiff's improper service at this outdated address suggests a clear attempt at misdirection, which is consistent with Plaintiff's known pattern of behavior. As we will further explore, Plaintiff has been banned from filing lawsuits in other jurisdictions due to similar tactics and frivolous filings.

### II. Clear Communication of Correct Address

On multiple occasions, including on September 24, 2024, I provided Plaintiff with my correct residential address at 7755 Coley Ave, Las Vegas, NV 89117. Plaintiff was explicitly instructed to serve me at this address. However, Plaintiff chose to ignore this communication and proceeded to file the motion for default judgment just three days later, September 27, 2024. This behavior highlights Plaintiff's disingenuous approach and clear disregard

OPPOSITION TO MOTION FOR DEFAULT JUDGEMENT - 3

for the proper legal process.

### III. No Prejudice to Plaintiff and the Importance of Merits

I acted promptly upon discovering the lawsuit and am prepared to defend the case on its merits. Plaintiff suffers no prejudice from my response, and it is a well-established principle that courts favor resolving disputes on their merits rather than through default judgments, particularly when service has been improper, and the defendant has acted in good faith.

The court system should be used to ensure justice is served based on the facts and merits of the case, not through procedural shortcuts. Plaintiff's actions in this matter reflect a misuse of the legal process, and this court should scrutinize Plaintiff's motives and actions, especially considering his history of being banned from filing lawsuits in other jurisdictions due to similar conduct.

### Conclusion

For the reasons stated above, I respectfully request that the Court deny Plaintiff's motion for default judgment and allow this case to proceed on its merits. Service was improper, and Plaintiff acted in bad faith by ignoring my repeated communications regarding my correct address. Plaintiff's actions are part of a broader pattern of misusing the legal process, and this court should not allow such behavior to prevail. I look forward to using the court system to address each sides assertions of what occurred in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th of October, 2024.

Christopher Gitre, Pro Se Defendent

OPPOSITION TO MOTION FOR DEFAULT JUDGEMENT - 4

1

# EXHIBIT A

2

3    M Gmail                                   Chris Gitre <chris@thereliefconsultants.com>

4    ─────────────────────────────────────────────────────────────────────────────

**RE: Client Agreement | Employee Retention Credit**

5    **Chris Gitre** <chris@thereliefconsultants.com>              Tue, Sep 24, 2024 at 1:26 PM
     To: Anton Ewing <anton@antonewing.com>

6        Send him to someone else

7        I have not seen the lawsuit nor aware of the second lawsuit, what it entails I have not seen the complaint please send it to
         7755 Coley Ave Las Vegas NV 89117

8        btw on the phone you said that a deposit was fine and reasonable.  Your immediate switch up --- and they way you
         informed me, CC'ing the client demandingly --- really didn't work well for the situation FYI
9        [Quoted text hidden]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   https://mail.google.com/mail/u/0/?ik=a155cff11&view=pt&search=all&permmsgid=msg-a:r-2328786847456679574&simpl=msg-a:r-232878684745667...        1/1

26

27

28

OPPOSITION TO MOTION FOR DEFAULT JUDGEMENT - 5



Align top of FedEx Express® shipping

COURT SECURITY

SEP – 7 2024

SERVICE

Envelope

Recycle me

SHIPPED BY: PB EXP 05/25
From: THE RELIEF CONSULTANTS
7755 COLEY AVE
LAS VEGAS, NV 89117

SHIP DATE: 1(
ACTWGT: 0.10
CAD: 26185084

BILL SENDER

TO  SOUTHERN DISTRICT COURT OF CAL
SOUTHERN DISTRICT COURT OF CAL
333 W BROADWAY STE 420

SAN DIEGO CA 92101
(858) 367-7049
PO#                                 REF: THE RELIEF CONSULTANTS
DEPT:

TRK# 7792 8388 3724
0201

THU – 17 0(
PRIORITY OV

RECE
OCT 17 2024
ED

XP SDMA

CA –